926

No. A–710.   PEARSON v. OKLAHOMA.   Ct. Crim. App. Okla. Renewed application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–514 (76–902).   OLSEN v. GOODMAN.   Application for stay of trial in the 11th Judicial Circuit, in and for Dade County, Fla., presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–60.   IN RE DISBARMENT OF HOFFER.   Disbarment entered.   [For earlier order herein, see 429 U. S. 913.]

No. D–61.   IN RE DISBARMENT OF HEMLOCK.   Disbarment entered.   [For earlier order herein, see 429 U. S. 913.]

No. D–63.   IN RE DISBARMENT OF SMILEY.   Disbarment entered.   [For earlier order herein, see 429 U. S. 913.]

No. D–71.   IN RE DISBARMENT OF MASON.   Disbarment entered.   [For earlier order herein, see 429 U. S. 936.]

No. D–72.   IN RE DISBARMENT OF MANER.   Disbarment entered.   [For earlier order herein, see 429 U. S. 936.]

No. D–77.   IN RE DISBARMENT OF LACINAK.   Disbarment entered.   [For earlier order herein, see 429 U. S. 937.]

No. D–78.   IN RE DISBARMENT OF MOORE.   Disbarment entered.   [For earlier order herein, see 429 U. S. 937.]

No. D–94.   IN RE DISBARMENT OF ESBER.   Disbarment entered.   [For earlier order herein, see 429 U. S. 1035.]

No. D–96.   IN RE DISBARMENT OF HOFFMANN.   It is ordered that Joseph L. Hoffmann, of Monongahela, Pa., be suspended from the practice of law in this Court and that a rule